IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYALND
(NORTHERN DIVISION)

| | |
|---|---|
| WILBUR GREEN t/u/o & t/o/u ALLSTATE INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * Civil Action No. CCB-03-CV-122 |
| FORD MOTOR COMPANY | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE OF DISMISSAL

Dear Clerk:

      Please dismiss the above-captioned matter with prejudice as to all parties.

By: _____
Charles J. Fratus (Bar No. 13169)
116 Cathedral Street
Suite E
Annapolis, Maryland 21401
Telephone: (410) 295-7100

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the ____ day of February, 2003, a copy of the foregoing document was mailed, postage prepaid to:

John A. McCauley
Venable, Baetjer & Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

_____
Charles J. Fratus

"Approved" THIS ___ DAY OF February, 2003

_____
UNITED STATES DISTRICT JUDGE